HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org916-498-5700/Fax 916-498-5710

Attorney for Defendant
ROBERT L. GRANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr. S. 15-00163-KJM |
| Plaintiff, | ORDER AUTHORIZING TRANSFER OF PASSPORT TO E.D. CAL. PRETRIAL SERVICES OFFICE |
| v. | |
| ROBERT L. GRANT, | Judge: Hon. Carolyn K. Delaney |
| Defendant. | |

Mr. Grant first appeared in this district on April 12, 2013, was released, and submitted his passport to Pretrial Services. (Docket 1, 2.) He appeared on an indictment pending in the Eastern District of Louisiana (Cr. 12-304-HGB-JCW). On April 19, 2013, Mr. Grant's passport was transferred to Louisiana. (Docket 7.) On August 10, 2015, the Louisiana case was transferred to the Eastern District of California pursuant to Criminal Rule of Procedure 20. The passport was not transferred with the case and is still in the Eastern District of Louisiana. Pretrial Services has indicated that a court order is necessary to have the passport physically transferred to this district.

//

//

The parties agree and request that this Court issues such an order. Pretrial Services concurs. A written order follows.

Dated: November 16, 2015

        HEATHER E. WILLIAMS
        Federal Defender

        /s/ R. Barbour
        RACHELLE BARBOUR
        Attorney
        Attorney for Defendant
        ROBERT L. GRANT

        BENJAMIN B. WAGNER
        United States Attorney

        /s/ Todd Pickles
        TODD PICKLES
        Assistant United States Attorney

**ORDER**

The Court hereby orders that the passport deposited as collateral in this case and transferred to the Eastern District of Louisiana on April 19, 2013, be returned to the Eastern District of California to the Office of the Clerk forthwith.

Dated: November 17, 2015

        _____
        CAROLYN K. DELANEY
        UNITED STATES MAGISTRATE JUDGE