HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org916-498-5700/Fax 916-498-5710

Attorney for Defendant
ROBERT L. GRANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  Cr. S. 15-00163-KJM |
| Plaintiff, | ORDER FOR RELEASE OF PASSPORT TO DEFENDANT |
| v. | |
| ROBERT L. GRANT, | Judge:   Hon. Kimberly J. Mueller |
| Defendant. | |

The court orders the Clerk's Office of the District Court, Eastern District of California, to release the passport previously deposited in this case (receipt # 470130907) to Mr. Grant.

Dated:  December 7, 2015

_____
UNITED STATES DISTRICT JUDGE