HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
ROBERT L. GRANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>   Plaintiff, <br><br> v. <br><br> ROBERT L. GRANT, <br><br>   Defendant. | Case No.  Cr. S. 15-00163-KJM <br><br> [proposed] ORDER TO EXONERATE UNSECURED APPEARANCE BOND <br><br> Judge:  Hon. Carolyn K. Delaney |

Mr. Grant appeared as required in this case and was sentenced on December 2, 2015 to a term of one year of court probation.  Accordingly, the Court hereby orders the Unsecured Appearance Bond co-signed by Mr. Grant's daughter and posted on the court's docket on April 12, 2013, docket number 5 (Mag. No. 13-00120) EXONERATED.

Dated:  December 8, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE